# Court of Appeals
# of the State of Georgia

ATLANTA,  April 16, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0059.  LOLETHA DENISE HALE v. ABSM INVESTMENTS, LLC et al.**

Loletha Denise Hale has filed an emergency motion seeking an extension of time to file an application for discretionary appeal from the superior court's April 9, 2024 order (1) denying Hale's request for a declaratory judgment, injunctive relief, and attorney fees and granting ABSM Investments, LLC's motion for judgment on the pleadings related to a tax foreclosure sale; and (2) issuing a writ of possession in favor of ABSM.[1] In the motion, Hale requests an extension of up to 60 days to file her application.

The grant or denial of injunctive relief is directly appealable. See OCGA § 5-6-34 (a) (4); *Jones v. Peach Trader, Inc.*, 302 Ga. 504, 511 (III) (807 SE2d 840) (2017). As a result, to the extent Hale seeks to appeal the superior court's denial of her petition for injunctive relief, declaratory judgment, and attorney fees, no application was required.[2]

---

[1] The two actions were consolidated in the superior court.

[2]  See OCGA § 5-6-34 (d) ("Where an appeal is taken under any provision of subsection (a), (b), or (c) of this Code section, all judgments, rulings, or orders rendered in the case which are raised on appeal and which may affect the proceedings below shall be reviewed and determined by the appellate court, without regard to the appealability of the judgment, ruling, or order standing alone and without regard to whether the judgment, ruling, or order appealed from was final or was appealable by some other express provision of law contained in this Code section, or elsewhere.").

Accordingly, Hale's emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/16/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*